DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BRIGITTE CHARBONNEAU,**
Appellant,

v.

**LAWRENCE CHARBONNEAU,**
Appellee.

No. 4D17-191

[April 12, 2018]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Jessica Ticktin, Judge; L.T. Case No. 1992DR006366XXXXSB FZ.

John Caserta of John Caserta, P.A., Delray Beach, for appellant.

Ralph T. White of Law Office of R.T. White, Palm Beach Gardens, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, MAY and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***